

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2014

No. 04-14-00313-CV

**IN THE INTEREST OF M.H.**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15779
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The Appellee's Second Motion to Extend Deadline to Respond to Motion for Rehearing is GRANTED. The appellee's response is due on August 11, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2014.

_____
Keith E. Hottle
Clerk of Court